UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| I.B.E.W. LOCAL NO. 241 PENSION PLAN, and its Trustees, ARNOLD DATES, DAVID CARR, BILL EMMONS, MATTHEW LABOSKY, THOMAS STEBBINS, JR., and MICHAEL TALARSKI, by and on behalf of themselves, Individually, and the I.B.E.W. LOCAL NO. 241 PENSION PLAN,<br><br>                                      Plaintiffs,<br><br>        -against-<br><br>FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO., and DOES 1-10,<br><br>                                      Defendants. | **STIPULATION OF DISCONTINUANCE AND DISMISSAL**<br><br>Civil Action No.<br><br>5:02-CV-0727<br>(HGM/GJD) |

-----------------------------------------------------------------------

FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO.,

                     Third-Party Plaintiff

        -against-

PHILLIP KISH, JOHN AUGUSTINE, JR., DANIEL BROWN,
DAVID SUTHERLAND, RICHARD GREEN, DAVID
HUNTER, and RICHARD ROES 1-20,

                     Third-Party Defendants.
-----------------------------------------------------------------------

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, and without costs and disbursements, including attorneys' fees, to any party as against another.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 7, 2006                                Dated: March 7, 2006

    BLITMAN & KING LLP                         NIXON PEABODY LLP

By: s/James R. LaVaute                     By:     s/Margaret A. Clemens
    James R. LaVaute, Esq.                          Margaret A. Clemens
    Bar Roll No. 102020                             Bar Roll No. 506030
    Attorneys for Plaintiffs                        Attorneys for Defendants and
    And Third Party Defendants                      Third Party Plaintiff
    Office and Post Office Address                  Office and Post Office Address
    Franklin Center, Suite 300                      P.O. Box 31051
    443 North Franklin Street                       Clinton Square
    Syracuse, New York 13204                        Rochester, New York 14603
    Telephone: (315) 422-7111                       Telephone: (585) 263-1000
    Facsimile: (315) 471-2623                       Facsimile: (585) 263-1600

SO ORDERED:

_/s/ Howard G. Munson_     3/14/06
Honorable Howard G. Munson
Senior United States District Judge

(wlr\drb\IBEW241\241Allmerica-StipDismissal)